05705/68752-MDC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

**DAVID PLEMONS,**

    Prison Id. No. 368201

    Plaintiff,

vs.

**KEVIN REA, OTIS CAMPBELL, M.D., and BRENDA MAXEY, L.P.N.,** et al.,

    Defendants.

No. 1:10-cv-00040
Judge Trauger
Magistrate Judge Bryant

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff and the Defendants have filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) informing the Court that this matter is to be dismissed with prejudice.

Therefore, the Court orders that this case is hereby dismissed with prejudice.

This 12th day of January, 2011.

_____
ALETA A. TRAUGER,
U.S. District Judge

EXHIBIT 1