UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DAVID H. PLEMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:10-0040 |
| | ) | Judge Trauger/Bryant |
| KEVIN REA, et al., | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Defendants James Fortner, Reuben Hodge and Gayle Ray have filed their motion to ascertain status of their previously filed motion to dismiss (Docket Entry No. 44). This motion is **GRANTED**.

The status of their motion is as stated in the report and recommendation filed by the undersigned Magistrate Judge on January 12, 2011 (Docket Entry No. 52).

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge