# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| DAVID H. PLEMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:10-0040 |
| ) | Judge Trauger |
| JAMES FORTNER, Warden, ) | Magistrate Judge Bryant |
| RUBEN HODGE, Assistant Commissioner of ) | |
| Operations, and ) | |
| GAYLE RAY, T.D.O.C. Commissioner, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On January 12, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 52), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant James Fortner, Ruben Hodge and Gayle Ray (Docket No. 14) is **GRANTED**, and all claims against these three defendants are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 1st day of February 2011.

_____
ALETA A. TRAUGER
U.S. District Judge